JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4809
Facsimile: (415) 744-0134
E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHLEY RENEE PINON,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:22-cv-00139-CSD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |

    Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), through her undersigned counsel, hereby requests a 60 day extension of time, from November 21, 2022 to January 20, 2023, to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal and/or Remand in this case.

    This is the Commissioner's first request for an extension. Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with handling additional cases, delivering attorney training, overseeing other attorneys, and serving as a jurisdictional coordinator. The undersigned is also responsible for over 90 District Court or Ninth

Circuit cases, several of which require imminent briefing. Additionally, the undersigned will be serving as caretaker for an aged parent during the holidays. The Commissioner's counsel therefore needs additional time in the instant case to review the administrative record, to consider the issues that Plaintiff has raised, and to prepare the Commissioner's portions of the joint submission.

On November 14, 2022, counsel for the Commissioner conferred with Plaintiff's counsel, who has no opposition to this motion.

WHEREFORE, Defendant requests until January 20, 2023, to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal and/or Remand.

Dated: November 14, 2022    Respectfully submitted,

JASON M. FRIERSON
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2022