Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: CBrown@shookandstone.com

Attorneys for Plaintiff
Ashley Renee Pinon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHLEY RENEE PINON, | Case No.: 3:22-cv-00139-CSD |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CRAIG STEPHEN DENNEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Ashley Renee Pinon be awarded attorney fees in the amount of FOUR THOUSAND EIGHT

-1-

1  HUNDRED dollars ($4,800.00) under the Equal Access to Justice Act (EAJA), 28
2  U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents
3  compensation for all legal services rendered on behalf of Plaintiff by counsel in
4  connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

5  After the Court issues an order for EAJA fees to Ashley Renee Pinon, the
6  government will consider the matter of Ashley Renee Pinon's assignment of EAJA
7  fees to Marc Kalagian.  The retainer agreement containing the assignment is
8  attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),
9  the ability to honor the assignment will depend on whether the fees are subject to
10 any offset allowed under the United States Department of the Treasury's Offset
11 Program.  After the order for EAJA fees is entered, the government will determine
12 whether they are subject to any offset.

13 Fees shall be made payable to Ashley Renee Pinon, but if the Department of
14 the Treasury determines that Ashley Renee Pinon does not owe a federal debt, then
15 the government shall cause the payment of fees, expenses and costs to be made
16 directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the
17 assignment executed by Ashley Renee Pinon.[1]  Any payments made shall be
18 delivered to Law Offices of Lawrence D. Rohlfing, Inc., CPC.

19 This stipulation constitutes a compromise settlement of Ashley Renee
20 Pinon's request for EAJA attorney fees, and does not constitute an admission of
21 liability on the part of Defendant under the EAJA or otherwise.  Payment of the
22 agreed amount shall constitute a complete release from, and bar to, any and all
23 claims that Ashley Renee Pinon and/or Marc Kalagian including Law Offices of

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Lawrence D. Rohlfing, Inc., CPC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc Kalagian and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 31, 2023   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Marc V. Kalagian*
Marc V. Kalagian
Attorney for plaintiff
ASHLEY RENEE PINON

DATED: August 31, 2023   JASON M. FRIERSON
United States Attorney

/s/ *Margaret I. Branick-Abilla*

MARGARET I. BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant
KILOLO KIJAKAZI, Acting Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATED: September 6, 2023

_____
THE HONORABLE CRAIG STEPHEN DENNEY
UNITED STATES MAGISTRATE JUDGE

-3-